# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOLGY INNOVATIONS LLC, § § **Plaintiff,** § § v. § § MILESTONE AV TECHOLOGIES LLC, § d/b/a SANUS, § § **Defendant.** § § | CASE NO. 1:18-cv-00684-GMS <br><br> **JURY TRIAL DEMANDED** |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Symbology Innovations LLC and Defendant Milestone AV Technologies LLC d/b/a Sanus, pursuant to Fed. R. Civ. P. 41 (a), hereby move for an order dismissing all claims by Plaintiff against Defendant with prejudice and counterclaims by Defendant against Plaintiff without prejudice, with each party to bear its own costs, expenses and attorney's fees.

Dated: July 13, 2018

Respectfully Submitted,

**FISH & RICHARDSON P.C.**
By: /s/ Jeremy D. Anderson
Jeremy D. Anderson (No. 4515)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19801
(302) 658-5070 (Telephone)
(302) 652-0607 (Facsimile)
janderson@fr.com

Neil J. McNabnay, pro hac vice filed
David B. Conrad, pro hac vice filed
Ricardo J. Bonilla, pro hac vice filed
Theresa M. Dawson, pro hac vice filed
Rodeen Talebi, pro hac vice filed
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 - Telephone

/s/ Stamatios Stamoulis
Stamatios Stamoulis (#4606)
**STAMOULIS & WEINBLATT LLC**
stamoulis@swdelaw.com
*Richard C. Weinblatt (#5080)*
weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

Eugenio J. Torres-Oyola
USDC No. 215505
**Ferraiuoli LLC**
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917

| | |
|---|---|
| (214) 747-2091 - Facsimile<br>mcnabnay@fr.com<br>conrad@fr.com<br>rbonilla@fr.com<br>tdawson@fr.com<br>talebi@fr.com<br><br>**ATTORNEY FOR DEFENDANT MILESTONE AV TECHNOLOGIES LLC D/B/A SANUS** | Telephone: (787) 766-7000<br>Facsimile: (787) 766-7001<br>Email: etorres@ferraiuoli.com<br><br>Jean G. Vidal Font<br>USDC No. 227811<br>**Ferraiuoli LLC**<br>221 Plaza, 5th Floor<br>221 Ponce de León Avenue<br>San Juan, PR 00917<br>Telephone: (787) 766-7000<br>Facsimile: (787) 766-7001<br>Email: jvidal@ferraiuoli.com<br><br>**ATTORNEYS FOR PLAINTIFF SYMBOLOGY INNOVATIONS LLC** |

SO ORDERED, this 16th day of July, 2018.

_____
Honorable Gregory M. Sleet